STATE OF MONTANA, Plaintiff, vs. EDWARD ALLEN MOORE, Defendant.

DECISION

No. 81-12 & 81-14

The application of the above-named defendant for a review of the sentence of 10 years plus 5 years consecutive; dangerous imposed on September 17, 1981, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence shall remain the same as originally imposed.

Circumstances that were available to the sentencing judge were sufficient to impose the sentence that was given. Therefore this Division shall sustain the original sentence and the facts reveal that the judge was reasonable in his discretion.

We wish to thank Debra Upton of the Montana Defender Project for her assistance to the Defendant and to this Court.

DATED this 11th day of May, 1982.

SENTENCE REVIEW DIVISION
Leonard Langen, Chairman; Joseph Gary, James Salansky

STATE OF MONTANA, Plaintiff, vs. LARRY GENE NEUMAN, Defendant.

DECISION

No. 80-58

The application of the above-named defendant for a review of the sentence of 25 years without the benefit of parole or fur[l]ough imposed on May 14, 1981, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence shall remain the same as originally imposed.

The past criminal history shows many previous crimes. Considering all the elements that were considered by the trial judge at the time of sentencing, he has *more than adequate grounds to justify the sentence that was imposed.*

We wish to thank Tim Martello of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 11th day of May, 1982.

SENTENCE REVIEW DIVISION
Leonard Langen, Chairman; Joseph Gary, James Salansky